IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD COLE, | 1:06-CV-1819 AWI DLB P |
| Plaintiff, | ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |
| vs. | |
| M. SPAETH, et al., | |
| Defendants. / | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff's application to proceed in forma pauperis did not include a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement, **or** to pay the $350.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in

1

1  forma pauperis.

2      2.  Within thirty days of the date of service of this order, plaintiff shall submit a
3  completed application to proceed in forma pauperis and a certified copy of his prison trust
4  account statement for the six month period immediately preceding the filing of the complaint, or
5  in the alternative, to pay the $350.00 filing fee for this action.  Failure to comply with this order
6  will result in a recommendation that this action be dismissed.

7      IT IS SO ORDERED.

8      **Dated:**  **January 12, 2007**      **/s/ Dennis L. Beck**
   3c0hj8      UNITED STATES MAGISTRATE JUDGE