IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD COLE, | 1:06-CV-1819 AWI DLB P |
| Plaintiff, | |
| vs. | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| M. SPAETH, et al., | (DOCUMENT #2, 9, 10) |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff has submitted a declaration that makes the showing required by § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

Pursuant to 28 U.S.C. § 1915(b)(1), enacted April 26, 1996, plaintiff is required to pay the statutory filing fee of $350.00 for this action.[1] Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C.

---

[1] The statutory filing fee for all civil actions except applications for writs of habeas corpus is $350.00. See 28 U.S.C. § 1914(a).

1

1 § 1915(b)(1). Plaintiff is obligated to make monthly payments of 20 percent of the preceding month's
2 income credited to plaintiff's prison trust account. These payments shall be collected and forwarded by
3 the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds
4 $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

5   In accordance with the above, IT IS HEREBY ORDERED that:

6     1. Plaintiff's request for leave to proceed in forma pauperis is granted.

7     2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. The fee
8 shall be collected and paid in accordance with this court's order to the Director of the California
9 Department of Corrections filed concurrently herewith.

10   IT IS SO ORDERED.

11   **Dated:   February 28, 2007**          **/s/ Dennis L. Beck**
3c0hj8                                        UNITED STATES MAGISTRATE JUDGE

2