UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD COLE, | 1:06-cv-01819-AWI-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 8) |
| vs. | |
| M. SPAETH, et al., | **ORDER DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** (Doc. 7) |
| Defendants. / | |

    Plaintiff, Donald Cole ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On January 24, 2007, the Magistrate Judge filed Findings and Recommendations that recommended Plaintiff's motion for preliminary injunctive relief be denied.  The Findings and Recommendations were served on plaintiff and contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed on or before February 20, 2007.

    To date, plaintiff has not filed objections to the

1

Magistrate Judge's Findings and Recommendations.  The court notes that on March 23, 2007, plaintiff filed another motion for preliminary injunctive relief.  However, this document appears to be a new motion and not objections to the Magistrate Judge's Findings and Recommendations on the prior motion.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 24, 2007, are ADOPTED IN FULL; and,

2. Plaintiff's motion for preliminary injunctive relief, filed January 18, 2007, is DENIED, without prejudice, as PREMATURE.

IT IS SO ORDERED.

**Dated:   April 11, 2007**                    **/s/ Anthony W. Ishii**
                                                UNITED STATES DISTRICT JUDGE