UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD COLE, | 1:06-cv-01819-AWI-DLB-P |
|     Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 15) |
| vs. | **ORDER DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** (Doc. 14) |
| M. SPAETH, et al., | |
|     Defendants. | |

Plaintiff, Donald Cole ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 10, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed on or before April 26, 2007. On April 23,2007, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  de novo review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis.  In the
6  objections, Plaintiff primarily complains that this case is not
7  proceeding because he has not been provided 285 USM Forms from
8  the court.  A review of the docket reveals that these forms have
9  now been provided to Plaintiff and Defendants have been served
10 with the complaint.  Thus, the issues raised in the objections
11 appear to be resolved.
12      Accordingly, IT IS HEREBY ORDERED that:
13      1.  The Findings and Recommendations, filed April 10, 2007,
14 are ADOPTED IN FULL; and,
15      2.  Plaintiff's motion for preliminary injunctive relief,
16 filed March 23, 2007, is DENIED, without prejudice, as PREMATURE.

18 IT IS SO ORDERED.
19 **Dated:   July 26, 2007**             /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE