UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD COLE, | CV F- 06-01819 AWI DLB P |
| Plaintiff, | ORDER DIRECTING CLERK TO FORWARD USM 285 FORMS TO US MARSHAL |
| v. | |
| SPAETH, et. al., | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights amended complaint filed on May 21, 2007. The amended complaint appears to state cognizable claims for relief for violation of the Eighth Amendment against the named defendants. Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants Spaeth, J. Akanno and I. Patel.
2. Plaintiff has already submitted the proper forms. Accordingly, the Clerk of the Court shall forward the following to the US Marshal: (1) USM-285 forms; (2) summons; (3) a copy of the amended complaint filed May 21, 2007 for each defendant.
3. Plaintiff need not attempt service on Defendants and need not request waiver of service.

   IT IS SO ORDERED.

1
2      **Dated:    July 30, 2007**                    **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28